CHRISTOPHER CRUISE

VERSUS

NEXT GENERATION LOGISTICS, LLC

NO. 25-C-407

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

September 10, 2025

Linda Tran
First Deputy Clerk

**IN RE** NEXT GENERATION LOGISTICS, LLC

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE FRANK A. BRINDISI, DIVISION "E", NUMBER 851-107

Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, and Timothy S. Marcel

**WRIT DENIED**

Defendant, Next Generation Logistics, LLC (NGL), seeks expedited supervisory review of the trial court's judgment overruling an exception of no cause of action that sought to dismiss plaintiff Christopher Cruise's claim for punitive damages against a non-employer third party in this maritime action. After thorough review of the parties' briefing, we decline to exercise our supervisory jurisdiction at this juncture. NGL may have an adequate remedy on appeal in the event of an adverse judgment. Accordingly, the writ is denied.

Gretna, Louisiana, this 10th day of September, 2025.

**SMC**
**JGG**
**TSM**

25-C-407

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/10/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-C-407**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Frank A. Brindisi (DISTRICT JUDGE)
Kirk N. Aurandt (Relator)          Michael W. McMahon (Relator)
Timothy J. Falcon (Respondent)     Jeremiah A. Sprague (Respondent)
Jeffrey E. McDonald (Respondent)   Jarrett S. Falcon (Respondent)

### MAILED

Brett M. Bollinger (Respondent)
Michael J. Gautier, Jr. (Respondent)
Brad D. Ferrand (Respondent)
L. Peter Englande (Respondent)
Attorneys at Law
406 North Florida Street
Suite 2
Covington, LA 70433

Cameron J. Falcon (Respondent)
Brennan L. Falcon (Respondent)
Attorney at Law
5044 Lapalco Boulevard
Marrero, LA 70072

Ethan M. Garner (Relator)
Attorney at Law
Post Office Box 5350
Covington, LA 70434